# EXHIBIT "A"

*56298.1*



**SafeGuard Services LLC**

CONFIDENTIAL

January 13, 2011

Nationwide Ambulance Se
409 North Ave East
Cranford, NJ 07106

Re:  Pre-Payment Edit
     PIN: 001985
     WMM#: 0812102008020
     Provider State: New Jersey

To whom it may concern:

This letter is to inform you that the Eastern Benefit Integrity Support Center (EA-BISC), the Medicare Program Safeguard Contractor (PSC) for New York and New Jersey has initiated a process to review your Medicare claims and supporting documentation prior to payment. The purpose of the pre-payment process implementation by the PSC is to ensure that all payments made by the Medicare program are appropriate and consistent with Medicare policy. The pre-payment process is often applied to safeguard Medicare from unnecessary utilization of services furnished by providers; and to ensure that no Medicare payments are made for items and services which "are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of malformed body member", Social Security Act §1842(2) (B) and §1862(1) (A).

Notification is hereby given that you are expected to comply with the pre-payment for all dates of service. Please follow the process below in order to ensure your Medicare claims are processed. You must attach the letter you received from the carrier to the medical record before you send it to SafeGuard Services (SGS).

- All paper and/or electronic claims are submitted directly to the Medicare Administrative Contractor (MAC), Highmark Medicare Services. Once the claim has been received by the MAC, a request for additional documentation will be forwarded back to you.

- After you receive the request for additional documentation from the MAC, you must submit the following documentation to the EA-BISC;
    o Ambulance trip sheets
    o Certificates of Medical Necessity
    o Billing records

225 Grandview Ave, Mailstop F10
Camp Hill, PA 17011
www.safeguard-servicesllc.com

02/14/2011 11:05 5052103058 NATIONWIDE PAGE 02/02
Case 2:11-cv-05243-DMC-MF   Document 1-1   Filed 09/09/11   Page 3 of 3 PageID: 20

Page 2 of 2
WMM#: 0812102008020

- o Any additional documentation to support the services billed

- Attach a copy of the letter from the MAC to the copy of the complete medical record

- Documentation must be submitted to:

    SafeGuard Services
    Eastern Benefit Integrity Support Center
    225 Grandview Avenue, Mailstop F10
    Camp Hill, PA 17011

If documentation is not received within 45 days from the date the ADR letter was sent, the claim will result in a payment denial.

If you should have any questions regarding the pre-pay submission process, please contact me at (717) 763-5906.

Sincerely,

*Wayne Murray*

Wayne Murray
Investigator
SGS Eastern Benefit Integrity Support Center