JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. See Instructions on the reverse of the form.

**I. (a) PLAINTIFFS** Nationwide Ambulance Services, Inc., A New Jersey Corporation

**DEFENDANTS** SafeGuard Services, LLC

(b) County of Residence of First Listed Plaintiff: **UNION**

County of Residence of 1st Listed Defendant: **FL, DE, PA**
NOTE: In land condemnation cases, use the location of the land involved.

(c) Attorneys (Firm Name, Address, Telephone No., Email Address)
**Attachment Discouraged**

Attorneys (If Known)
**Attachment Discouraged**

## II. BASIS OF JURISDICTION
(Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | BANKRUPTCY | PRISONER PETITIONS | LABOR | PROPERTY RIGHTS | FEDERAL TAX SUITS | OTHER STATUTES |
|---|---|---|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 820 Copyrights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 290 All Other Real Property | | ☐ 423 Withdrawal 28 USC 157 | Habeas Corpus: | ☐ 720 Labor/Mgmt Relations | ☐ 830 Patent | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | **TORTS** | | **CIVIL RIGHTS** | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 840 Trademark | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **Personal Injury:** | | ☐ 441 Voting | ☐ 535 Death Penalty | | **SOCIAL SECURITY** | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | | ☐ 442 Employment | ☐ 540 Mandamus & Other | | ☐ 861 HIA (1395ff) | | ☐ 460 Deportation |
| | ☐ 315 Airplane Product Liability | | ☐ 443 Housing/ Accommodations | ☐ 550 Civil Rights | | ☐ 862 Black Lung | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | | ☐ 444 Welfare | ☐ 555 Prison Conditions | | ☐ 863 DIWC/DIWW (405(g)) | | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | | ☐ 445 Americans w/Disabilities - Employment | **FORFEITURE/PENALTY** | | ☐ 864 SSID Title XVI | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | | ☐ 446 Americans w/Disabilities - Other | ☐ 610 Agriculture | | ☐ 865 RSI (405(g)) | | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | | ☐ 440 Other Civil Rights | ☐ 620 Other Food & Drug | | | | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 160 Stockholders' Suit | ☐ 350 Motor Vehicle | | **IMMIGRATION** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 462 Naturalization Application | ☐ 630 Liquor Laws | | | | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 640 R.R. & Truck | | | | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 465 Other Immigration Actions | ☐ 650 Airline Regs. | | | | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | | | ☐ 660 Occupational Safety/Health | | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | | | ☐ 690 Other | | | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | | | | | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | | | | | | | ☐ 900 Appeal of Free Determination Under Equal Access of Justice |
| ☐ 240 Torts to Land | ☒ 380 Other Personal Property Damage | | | | | | | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 740 Railway Labor Act | | | | |
| | | | | ☐ 790 Other Labor Litigation | | | | |
| | | | | ☐ 791 Empl. Ret. Inc. Security Act | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (do not cite jurisdictional statutes unless diversity): **28 USC Sec. 1332(a)(1)**
Brief description of cause: **This is an action for damages and injunctive relief based on tortious interference with business and property rights.**

## VII. REQUESTED IN COMPLAINT:
☐ Check if this is a **Class Action** under F.R.C.P. 23    Demand $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) (See instructions):

JUDGE                                                                           DOCKET NO.
Explanation:

DATE  September 8, 2011



Signature of Attorney of Record **Jeffrey P. Blumstein (JB 2727)**

30C - Civil Cover Sheet
JS44
Rev. 5/08    P9/08

Powered by HOTDOCS

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510    Page 1

## Attachments

1. Szaferman, Lakind, Blumstein & Blader, P.C., 101 Grovers Mill Road, Suite 200, Lawrenceville, NJ  08648.  (609) 275-0400.  jblumstein@szaferman.com
2. Chief Legal Counsel:  Michael C. Eberhardt, Chierf Legal Counsel, 6006 Club Oaks Drive, Dallas, Texas  75248.  (972) 567-0029.  Mikeceber@sbcglobal.net