# Szaferman Lakind

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648
Tel: 609.275.0400    Fax: 609.275.4511    www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Brian G. Paul+
Craig J. Hubert ++ +++
Michael R. Paglione*
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer****
Daniel J. Graziano, Jr.

Counsel
Paul T. Koenig, Jr.

Of Counsel
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Ryan A. Marrone
Michael F. Chazkel**
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*****
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
****NJ, NY, PA & FL Bars
*****NJ, PA, MD & DC Bars
†U.S. Patent & Trademark Office

September 29, 2011
Our File: 55770.2

**Via electronic filing**
Hon. Dennis M. Cavanaugh, U.S.D.J.
District of New Jersey
Frank R. Lautenberg U.S.P.O. & Cthse.
Federal Square
50 Walnut Street, Room PO 04
Newark, NJ 07101-0999
Attn: Sara Fusco, Esq., Law Clerk

    Re:    <u>Nationwide Ambulance Services, Inc., A New Jersey Corporation v. SafeGuard Services, L.L.C.</u>
           Civil Action No. 2:11-CV-05213-DMC-MF
           Plaintiff Nationwide Ambulance Services, Inc.'s Order to Show Cause Why Defendant SafeGuard Services, L.L.C. Should Not Be Preliminary Enjoined
           Motion Return Date: October 6, 2011 at 9:00 a.m.

Dear Ms. Fusco:

    This will confirm that Plaintiff has been granted an extension until Noon tomorrow to file its Reply with regard to the Order to Show Cause, returnable on October 6, 2011.

                Respectfully submitted,

                Szaferman, Lakind, Blumstein & Blader, P.C.

JPB:abd                By:  <u>s/ Jeffrey P. Blumstein</u>
                              Jeffrey P. Blumstein, Esq.
                              Direct Fax: 609.779.6042
                              E-Mail: jblumstein@szaferman.com

cc:    Jordan Milowe Anger, Assistant United States Attorney
       William A. Romaine, Esq.
       Nationwide Ambulance Services, Inc.

620528.1