```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS


NEWARK                                   DATE: 6 October 2011

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                       Docket # 11cv5213

Nationwide Ambulance Services, Inc.  V.  Safeguard Services, LLC

Appearances:

P-    Jeffrey Blumstein & William A. Romaine, Esqs.
D-    Jordan Anger, AUSA

Nature of proceedings:

Hrg. On Plaintiffs application for an OTSC for Preliminary
Injunction.
Arguments heard by counsel
Decision Reserved
Opinion and Order to be filed.



Time Commenced_____9_____
Time Adjourned_____10_____



cc: chambers                          __Scott P. Creegan___
                                        Deputy Clerk
```