**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700　　*general number:* (973) 645-2700
Newark, New Jersey 07102　　　*telephone:* (973) 645-2829
　　　　　　　　　　　　　　　　　　*fax:* (973) 297-2010
　　　　　　　　　　　　*e-mail: jordan.anger@usdoj.gov*

April 12, 2012

**VIA HAND DELIVERY**
Honorable Dennis M. Cavanaugh
United States District Judge
District of New Jersey
U.S. Courthouse & Post Office
Newark, New Jersey 07101

　　　　Re:　Nationwide Ambulance Services, Inc. v. Safeguard Services, L.L.C.,
　　　　　　 <u>Civil Action No. 2:11-cv-5213 (DMC)</u>

Dear Judge Cavanaugh:

　　　This office represents the Defendant in the above-referenced matter and writes to the Court to provide a courtesy copy of the motion to reopen and consolidate the instant action with Nationwide's second-filed action in this District, along with the notice of motion and appendix of unpublished decisions. Counsel for plaintiff was served via the electronic filing.

　　　Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PAUL J. FISHMAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　JORDAN M. ANGER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney