# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road Suite 200,
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Of Counsel
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

April 17, 2012

Our File: 55770.2
**VIA ELECTRONIC FILING**
Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court
District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. Cthse. Building
P.O. Box 999
Federal Square, Room 451
Newark, NJ 07101-0999

Re: Nationwide Ambulance Services, Inc., A New Jersey Corporation
v. SafeGuard Services, L.L.C.
Civil Action No. 2:11-CV-05213-DMC-MF
Motion to Reopen Case by Defendant SafeGuard Services, L.L.C.

Dear Judge Cavanaugh:

This office represents Plaintiff, Nationwide Ambulance Services, Inc., in this matter. The purpose of this letter, with Defendant's counsel consent, is to request a one cycle adjournment of the Motion to Reopen Case filed by Defendant which is currently returnable May 7, 2012. The new return date would be May 21, 2012.

Respectfully submitted,

Szaferman, Lakind, Blumstein & Blader, P.C.

JPB:abd                      4/24/12          By: s/ Jeffrey P. Blumstein
                                                   Jeffrey P. Blumstein, Esq.
SO ORDERED: /s/ Dennis M. Cavanaugh            Direct Fax: (609) 779-6042
DENNIS M. CAVANAUGH, U.S.D.J.                  Direct Tel: (609) 275-0402
                                               Email: jblumstein@szaferman.com

cc: Jordan Anger, A.U.S.A. **via electronic mail notification**
    Nationwide Ambulance Services, Inc.
    William A. Romaine, Esq.

641700.1